UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alpari (US) LLC, on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>   -against-<br><br>BNP PARIBAS, S.A.<br><br>      Defendant. | No. 17 Civ. 05278 (LGS) |
| Alpari (US) LLC, on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>   -against-<br><br>CREDIT SUISSE GROUP AG; CREDIT SUISSE AG; and CREDIT SUISSE SECURITIES (USA), LLC,<br><br>      Defendants. | No. 17 Civ. 05282 (LGS) |
| ALPARI (US) LLC, on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>  - against -<br><br>ROYAL BANK OF SCOTLAND GROUP PLC and RBS SECURITIES, INC.,<br><br>      Defendants. | No. 17 Civ. 05284 (LGS) |

**DECLARATION OF DANIEL KLÄY IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION OR, IN THE ALTERNATIVE, TO DISMISS THE AMENDED COMPLAINTS ON GROUNDS OF FORUM NON CONVENIENS**

I, Daniel Kläy, hereby declare:

1.      I am Director of Credit Suisse Group AG.  I submit this declaration in further support of Defendants' motion to compel arbitration or, in the alternative, to dismiss the amended complaints.  I set forth the facts below to the best of my knowledge based upon my review of Credit Suisse Group AG's records.

2.      Credit Suisse Group AG is a holding company incorporated under the laws of Switzerland.

3.      Reflecting Credit Suisse Group AG's holding company structure, Credit Suisse Group AG is not an operating company.  Instead, it holds investments in subsidiaries.

I declare that the foregoing is true and correct.

Executed this 25 day of January 2018 in Zurich, Switzerland.

By: _____
        Daniel Kläy