# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALPARI (US), LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:17-cv-05282-LGS |
| ) | |
| CREDIT SUISSE GROUP AG, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this action without prejudice against defendants Credit Suisse Group AG, Credit Suisse AG, and Credit Suisse Securities (USA), LLC. Voluntary dismissal is proper because: (1) Defendants have not filed an answer or a motion for summary judgment; and (2) this dismissal will not bind or prejudice any party or member of the putative class, as the court has not considered or certified any class in this litigation thus far. All parties to this litigation shall bear their respective costs.

Respectfully submitted,

Dated: August 5, 2021

So Ordered.

Dated: August 6, 2021
New York, New York

*/s/ George A. Zelcs*
George A. Zelcs
Randall P. Ewing, Jr.
KOREIN TILLERY LLC
205 N. Michigan Avenue, Suite 1950
Chicago, IL 60601

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

1

Tel: (312) 641-9750
Fax: (312) 641-9751
gzelcs@koreintillery.com
rewing@koreintillery.com

Christopher M. Burke
SCOTT+SCOTT, ATTORNEYS AT LAW,
LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Tel: (619) 233-4565
cburke@scott-scott.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered users.

> */s/ George A. Zelcs*
> George A. Zelcs
> KOREIN TILLERY LLC
> 205 N. Michigan Ave., Suite 1950
> Chicago, IL 60606
> Tel: (312) 641-9750
> Fax: (312) 641-9751
> gzelcs@koreintillery.com
>
> *Counsel for Plaintiff*